

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PP/AA
F. #2023R00676

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2025

<u>By ECF</u>

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Alain Mitrani Bibliowicz</u>
             <u>Criminal Docket No. 25-039 (CBA)</u>

Dear Judge Amon:

      On February 25, 2025, a Magistrate Judge in the Southern District of Florida ordered the defendant released on bail pending trial. The Magistrate Judge stayed the decision pending any government appeal. The government intends to appeal the Magistrate Judge's decision to Your Honor and respectfully requests that the Court schedule an appeal of the Magistrate Judge's decision on Friday February 28, 2025, or on another date at the Court's earliest convenience. The parties will file a transcript of the proceeding in the Southern District of Florida as soon as we receive it.

      Defense counsel has stated that the defendant waives his appearance.

                                 Respectfully submitted,

                                 JOHN J. DURHAM
                               United States Attorney

                By:   /s/
                       Adam Amir
                       Philip Pilmar
                       Assistant U.S. Attorneys
                       (718) 254-6116/6106

cc:    Clerk of the Court (CBA) (by ECF)
       Counsel of Record (by ECF)