

Adam S. Kaufmann
212 822 0128
adam.kaufmann@lbkmlaw.com

April 2, 2025

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Alain Bibliowicz,* 25-cr-00039 (CBA)
                Clarification of Release Order

Dear Judge Amon,

We write with the consent of the government to raise two issues pertaining to the Order Setting Conditions of Release dated March 10, 2025 (ECF No. 257) (the "Release Order"). The two issues are:

1. Summer travel for Mr. Bibliowicz's children.
2. Clarifying the Release Order per the request of Pretrial Services.

First, Mr. Bibliowicz's children, prior to his arrest, had plans to travel abroad this summer (two of the plans were already set and tickets purchased or tuition paid, the third is not yet paid for, as discussed below). We respectfully request that the children be permitted to travel as outlined below. We have structured this proposal so that at least one of Mr. Bibliowicz's children will be in the United States at all times; all three will not be abroad at any time.

The proposed travel includes the following:

1. Child 1 is a sophomore in college. He was accepted into a summer study program at the IESEG School of Management in Paris from July 7 to 31. The program is fully paid for; airline tickets have not been purchased. We propose he be permitted to depart on or about July 6 returning around August 4.

2. Child 2 is a senior in high school. Her has two planned trips; all tickets and bookings previously purchased.
    a. A senior class trip Bahamas from May 29 to June 2.
    b. He has a graduation trip to Europe with friends from June 20 to July 21.


Hon. Carol Bagley Amon
April 2, 2025
Page 2

3. Child 3 will begin high school in the fall. She is participating in a summer program at Yale and after that she would like to visit her grandmother in Paris. We propose she be permitted to visit her grandmother after Child 2 returns from his trip on July 21 and re-surrenders his passport, departing sometime after July 21 and returning on or about August 12.

Second, Mr. Bibliowicz has been diligent about keeping in touch with the SDFL pretrial services officer assigned to his case, Probation Officer Cevallos. Probation Officer Cevallos is inclined to permit Mr. Bibliowicz to attend religious services and his children's important events with pre-clearance, but the officer identified an issue with the form of the Release Order that requires clarification. Section 7(i)(ii) of the Release Order has crossed out certain activities that a defendant may otherwise engage in: "attorney visits, religious services, medical appointments, education, substance abuse/mental health services," but leaves in place the concluding language "and other activities approved in advance by Pretrial Services." We take this to mean that the stricken activities may not be engaged in freely, but are permitted with pre-approval by Pretrial Services, as are other activities so long as pre-approved. However, while Pretrial Services has permitted Mr. Bibliowicz to visit his attorney's offices and to attend court proceedings, the Probation Officer has raised the crossed-out language as an issue.

We respectfully request that the Court So Order the following:

It is hereby ORDERED that Alain Bibliowicz's children be permitted to travel at the times set forth herein and their passports may be released for such purposes, provided that one child must at all times be in the United States with his/her passport surrendered to the government; and

It is hereby ORDERED that the Order Setting Conditions of Release dated March 10, 2025 (ECF No. 257) is clarified such that the Home Detention of Mr. Bibliowicz with GPS location monitoring is continued, but that Mr. Bibliowicz may engage in such activities as approved in advance by Pretrial Services, including but not limited to religious services and his children's activities, and that other conditions set forth in the Release Order, including surrender of his passports and prohibitions against buying and selling cryptocurrency and against employment in financial/banking institutions, are continued.

Respectfully,

Adam S. Kaufmann

So Ordered: _____