

April 15, 2025

*Application granted*

*So Ordered*

4/16/25        s/Carol Bagley Amon

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v Alain Bibliowicz, 25-cr-00039 (CBA)

Dear Judge Amon:

We write to request the Court advance by one day the calendar date for the above-captioned case. The case is currently on the Court's calendar for Thursday, April 24, 2025, for a continuation of the *Curcio* proceeding. We respectfully request that the Court change the appearance date to Wednesday, April 23, 2025. We are informed by the Court Clerk that the Court has availability on its calendar at 11:00 a.m. on April 23, 2025.

The reason for the request is that the undersigned needs to be in another jurisdiction for a work matter on the 24th.

The government consents to this adjournment.

Respectfully submitted,
/s/
Adam Kaufmann
Counsel for Defendant, Mr. Bibliowicz
Cc: Counsel of record (via ECF)